UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DAVID HUEBSCH,**                                        Case No. 3:15-cv-00645-KI

          Plaintiff,                                        ORDER

     v.

**US AIRWAYS, INC., a Delaware
corporation,**

          Defendant.

KING, Judge:

     Based on the stipulation of the parties, it is ORDERED that this case is dismissed with

prejudice and without an award of attorney fees, costs, or disbursements to any party.

     IT IS SO ORDERED.

     DATED this ___25th___ day of April, 2016.

                                    Garr M. King
                                    United States District Judge

Page 1 - ORDER